463 A.2d 45

Heybach & Sons, Inc., Appellant v. Temple University.

Argued September 9, 1982. David Freeman, appellant; Helen P. Pudlin, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment affirmed.